MOORE & MUNGER COMPANY, Respondent, *v.* MOTOR TRADES PUBLISHING COMPANY, Appellant.

*Moore & Munger Co.* v. *Motor Trades Publishing Co.*, 170 App. Div. 779, affirmed.

(Argued February 25, 1916; decided March 14, 1916.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 26, 1915, which affirmed an order of Special Term overruling a demurrer to the complaint in an action for libel. This action is brought to

recover damages for the publication by defendant in its trade journal *Automobile Topics* of the following article concerning the plaintiff on the contention that it contains matter libelous *per se :*

" MOORE & MUNGER PLANT IS SOLD.

"The automobile body-building plant of Moore & Munger at 602 West Fifty-second Street, New York City, has been purchased by the Universal Auto Painting Co. The latter will continue the body-building work of Moore & Munger and will also do general repairing and painting work. The firm of Moore & Munger went into bankruptcy several months ago due, it was said, to the losses sustained in the failure of the Palmer Singer and Benz Companies in New York."

The following question was certified: " Does the complaint state facts sufficient to constitute a cause of action ? "

*William F. Goldbeck* and *Herman Goldman* for appellant.

*L. E. Warren* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.